ROBERT K. PHILLIPS
Nevada Bar No. 11441
POOJA KUMAR
Nevada Bar No. 12988
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE H. REED, individually,<br><br>Plaintiff,<br>v.<br>WAL-MART STORES INC.; and DOES 1 through 100; and ROE CORPORASTIONS 101 through 200,<br><br>Defendants. | Case No.: 2:17-cv-02040- RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

- 1 -

party's own costs and attorney's fees.

DATED this 11th day of ~~April,~~ July 2018.

**BERNSTEIN & POISSON**

_____
14176 for

Jennifer Gastelum, Esq.
700 South Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Plaintiff*
*Jacqueline Reed*

DATED this 13th day of ~~April,~~ July 2018.

**PHILLIPS, SPALLAS & ANGSTADT**

_____

Pooja Kumar, Esq.   Nevada Bar
504 South Ninth Street   No. 12988
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 23rd day of July, 2018.

_____
**UNITED STATES DISTRICT JUDGE**